UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOCTION HOLDINGS, LTD., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GRIGORE RAILEANU,<br><br>　　　　　　Defendant. | Case No. 15-cv-01541-WHO<br><br>**ORDER RE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 7 |

Plaintiffs have filed an application for a Temporary Restraining Order, seeking to: (i) force defendant (and any related agent or entity) to transfer control over certain domain names, hosted websites, and name servers to plaintiffs; or (2) to transfer that control to a third-party; or (iii) to refrain from transferring ownership or control of the domain names, hosted websites, and name servers, and to refrain from making changes to them that would interfere with plaintiffs' business operations.

Defendant is HEREBY ORDERED to maintain the status-quo with respect to the domain names, hosted websites, and name servers, until further order of the Court.

Defendant shall file a response to the application for a TRO before 5:00 p.m. Monday, April 6, 2015.

A hearing on the application for a TRO shall be held in Courtroom 2, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 at **2:30 p.m. on Tuesday April 7, 2015**.

Plaintiffs shall notify defense counsel and defendant of the requirements of this Order no later than **5:00 p.m. Friday April 3, 2015**.

**IT IS SO ORDERED**.

Dated: April 3, 2015

WILLIAM H. ORRICK
United States District Judge