UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOCTION HOLDINGS, LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRIGORE RAILEANU,<br><br>    Defendant. | Case No. 15-cv-01541-WHO<br><br>**ORDER RE WITHDRAWAL OF APPLICATION FOR A TRO** |

As plaintiffs have withdrawn their application for a Temporary Restraining Order [Dkt. Nos. 7-8, 15], the Court's Order at Docket No. 9 is VACATED as moot.

**IT IS SO ORDERED**.

Dated: April 7, 2015



WILLIAM H. ORRICK
United States District Judge