UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOCTION HOLDINGS, LTD., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GRIGORE RAILEANU, <br><br>  Defendant. | Case No. 15-cv-01541-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 18 |

  Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: May 8, 2015

_____
WILLIAM H. ORRICK
United States District Judge